IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO

In re:  

**Daryl E Weller**
**Betty S Weller**

*Debtor(s)*

Case No. **3:10-bk-33334**

Chapter **13**

Judge **Guy R. Humphrey**

## ATTORNEY'S CERTIFICATION REGARDING SERVICE OF MOST RECENT TAX RETURN

Now comes Attorney for the Debtor(s), **Wayne P. Novick/Debra L. Jansing/Elizabeth Chinault**, and hereby certifies by signing below that on this date he/she has served a copy of the most recent income tax return upon the parties listed in the certificate of service.

Respectfully submitted,

**/s/ Wayne P. Novick/Debra L. Jansing/Elizabeth Chinault**
**Wayne P. Novick/Debra L. Jansing/Elizabeth Chinault**
**Wayne P. Novick, Attorney at Law**
**2135 Miamisburg-Centerville Rd.**
**Centerville, OH 45459**
**937-436-2606**
**937-436-4602**
**gratefullawyer2@gmail.com**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 27, 2010**, a true copy of the foregoing document was served upon the following registered ECF participants, electronically through the court's ECF system at the email address registered with the court:

**US Trustee**
**Jeffrey M. Kellner, Chapter 13 Trustee**

**/s/ Wayne P. Novick/Debra L. Jansing/Elizabeth Chinault**
**Wayne P. Novick/Debra L. Jansing/Elizabeth Chinault**